# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Rockwood Retaining Walls, Inc., et al.,

   Plaintiffs,         Civil No. 09-2493 (RHK/FLN)

vs.             **DISQUALIFICATION AND**
              **ORDER FOR REASSIGNMENT**
Patterson, Thuente, Skaar &
Christensen, P.A.,

   Defendant.

  The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

  **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

  **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 18, 2009

                 s/Richard H. Kyle
                 RICHARD H. KYLE
                 United States District Judge